IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DENNIS RAY STINSON                                                                                      PLAINTIFF

v.                             CASE NO. 2:21-CV-2162

JUDGE DANNY THRILLKILL,
JUDGE JERRY RYAN,
PROSECUTING ATTORNEY ANDY RINER,
AND DR. RICHARD LOCAHLA                                                                       DEFENDANTS

## ORDER

The Court has received a report and recommendation (Doc. 5) from Chief United States Magistrate Judge Mark E. Ford.  No objections have been filed and the deadline to file objections has passed.  The Magistrate recommends that the Court dismiss this action without prejudice for failure to prosecute.  The report and recommendation is proper, contains no clear error, and is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that this case is DISMISSED WITHOUT PREJUDICE.  Judgment will be entered accordingly.

IT IS SO ORDERED this November 22, 2021.

/s/ P. K. Holmes III
P.K. HOLMES III
U.S. DISTRICT JUDGE